# Third District Court of Appeal

## State of Florida

Opinion filed January 20, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-749
Lower Tribunal No. 19-1769
_____

**James N. Glover, Jr., et al.,**
Appellants,

vs.

**Rickenbacker Marina, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

Josef Timlichman Law, PLLC, and Josef Timlichman, for appellants.

Cole, Scott & Kissane, P.A., and Richard D. Rusak, for appellee.

Before FERNANDEZ, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.